# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BRADLEY YOUNG, | : | Case No. 1:20-cv-887 |
| | : | |
| Petitioner, | : | Judge Timothy S. Black |
| | : | |
| vs. | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| WARDEN, MARION CORRECTIONAL INSTITUTION, | : | |
| | : | |
| Respondent. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 8)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Stephanie K. Bowman. 28 U.S.C. § 636 (b). Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on June 10, 2021, submitted a Report and Recommendation. (Doc. 8). The Court has reviewed the Report and Recommendation. No objections were filed, and the time for filing objections under Fed. R. Civ. P. 72(b) has expired.

Accordingly:

1. The Report and Recommendation (Doc. 8) is hereby **ADOPTED**;

2. The petition is **DISMISSED** with prejudice on the ground that the petition is time-barred under 28 U.S.C. § 2244(d);

3. A certificate of appealability **SHALL NOT** issue with respect to any of the claims for relief alleged in the petition, which this Court has concluded are barred from review on a procedural ground, because under the first prong of the applicable two-part standard enunciated in *Slack v. McDaniel*, 529 U.S.

473, 484–85 (2000), "jurists of reason" would not find it debatable whether the Court is correct in its procedural ruling;

4. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal of this Order would not be taken in good faith and therefore **DENIES** Petitioner leave to appeal *in forma pauperis*. See Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997); and,

5. The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** upon the docket of this Court.

**IT IS SO ORDERED.**

Date: 6/30/2021

*s/Timothy S. Black*
Timothy S. Black
United States District Judge